B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Pennsylvania (Reading)

| | |
|---|---|
| IN RE: | Case No: 19-17522 |
| | Loan Number (Last 4): 3239 |
| Debtors: Daniel L Amy | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CSMC 2021-RPL7 Trust | Community Loan Servicing, LLC |
|---|---|
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 10 |
| Amount of Claim: | $131,925.92 |
| Date Claim Filed: | 02/07/2020 |
| Last Four Digits of Acct #: | 5894 |

Phone: 1-800-258-8602
Last Four Digits of Acct #: 3239

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 3239

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John Shelley                                Date: 10/25/2021
InfoEx, LLC, as authorized filing agent
(Approved by: Kiara Richardson)

Specific Contact Information:

Kiara Richardson - BK Specialist

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

494544-10902838-eb50-4b8c-a68b-8f6539463ff1-