United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Daniel L Amy  
    Debtor

Case No. 19-17522-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Oct 28, 2021     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14606586 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 28 2021 08:06:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor, BK Dept., Coral Gables, FL 33146-1873 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2021        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:**

**Name**     **Email Address**

ANDREW M. LUBIN  
    on behalf of Creditor Community Loan Servicing  LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com

ANDREW M. LUBIN  
    on behalf of Creditor Bayview Loan Servicing  LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com

MARTIN A. MOONEY  
    on behalf of Creditor Westlake Financial Services lgadomski@schillerknapp.com  kcollins@schillerknapp.com

MICHAEL J. MCCRYSTAL  
    on behalf of Debtor Daniel L Amy mccrystallaw@gmail.com  sueparalegal@gmail.com

REBECCA ANN SOLARZ

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Oct 28, 2021 Form ID: trc Total Noticed: 1

on behalf of Creditor CSMC 2021-RPL7 Trust bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-17522-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Daniel L Amy
490 S. Cottonwood Road
Northampton PA 18067

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/26/2021.

Name and Address of Alleged Transferor(s):

Claim No. 10: Community Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor, BK Dept., Coral Gables, FL 33146

Name and Address of Transferee:

CSMC 2021-RPL7 Trust
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/29/21

Tim McGrath
**CLERK OF THE COURT**