| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-17522-PMM**

Daniel L Amy  
490 S. Cottonwood Road  
Northampton  PA    18067

Petition Filed Date: 12/02/2019  
341 Hearing Date: 01/14/2020  
Confirmation Date: 01/21/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $150.00 | | 04/22/2021 | $150.00 | | 05/06/2021 | $150.00 | |
| 05/21/2021 | $150.00 | | 06/04/2021 | $150.00 | | 06/17/2021 | $150.00 | |
| 07/01/2021 | $150.00 | | 07/15/2021 | $150.00 | | 07/29/2021 | $150.00 | |
| 08/12/2021 | $150.00 | | 08/26/2021 | $150.00 | | 09/10/2021 | $150.00 | |
| 09/23/2021 | $150.00 | | 10/07/2021 | $150.00 | | 10/21/2021 | $150.00 | |
| 11/04/2021 | $150.00 | | 11/22/2021 | $150.00 | | 12/06/2021 | $150.00 | |
| 12/20/2021 | $150.00 | | 12/30/2021 | $150.00 | | 01/13/2022 | $150.00 | |
| 01/27/2022 | $150.00 | | 02/10/2022 | $150.00 | | 02/25/2022 | $150.00 | |
| 03/10/2022 | $150.00 | | 03/25/2022 | $150.00 | | 04/07/2022 | $150.00 | |
| 04/21/2022 | $150.00 | | 05/05/2022 | $150.00 | | 05/19/2022 | $150.00 | |
| 06/03/2022 | $150.00 | | 06/16/2022 | $150.00 | | 06/30/2022 | $150.00 | |
| 07/14/2022 | $150.00 | | 07/28/2022 | $150.00 | | | | |

**Total Receipts for the Period: $5,250.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $2,450.00 | $2,450.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $4,203.28 | $666.99 | $3,536.29 |
| 2 | AMERICAN INFOSOURCE LP<br>»»  002 | Unsecured Creditors | $2,091.91 | $331.92 | $1,759.99 |
| 3 | PSECU<br>»»  003 | Unsecured Creditors | $17,992.63 | $2,855.08 | $15,137.55 |
| 4 | PSECU<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PSECU<br>»»  005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | DIAMOND FEDERAL CREDIT UNION<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | SECOND ROUND SUB LLC<br>»»  007 | Unsecured Creditors | $1,400.25 | $209.43 | $1,190.82 |
| 8 | SYNCHRONY BANK<br>»»  008 | Unsecured Creditors | $139.87 | $15.19 | $124.68 |
| 9 | CITIBANK NA<br>»»  009 | Unsecured Creditors | $1,354.67 | $202.59 | $1,152.08 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»»  010 | Mortgage Arrears | $2,074.60 | $2,074.60 | $0.00 |

**Chapter 13 Case No. 19-17522-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | WESTLAKE<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $3,076.39 | $488.16 | $2,588.23 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,350.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $9,293.96 | Arrearages: | ($750.00) |
| Paid to Trustee: | $885.90 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $170.14 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.