| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-17522-PMM**

Daniel L Amy
490 S. Cottonwood Road
Northampton  PA    18067

Petition Filed Date: 12/02/2019
341 Hearing Date: 01/14/2020
Confirmation Date: 01/21/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2022 | $150.00 | | 08/25/2022 | $150.00 | | 09/09/2022 | $150.00 | |
| 09/22/2022 | $150.00 | | 10/06/2022 | $150.00 | | 10/20/2022 | $150.00 | |
| 11/04/2022 | $150.00 | | 11/21/2022 | $150.00 | | 12/02/2022 | $150.00 | |
| 12/15/2022 | $150.00 | | 12/30/2022 | $150.00 | | 01/12/2023 | $150.00 | |
| 01/26/2023 | $150.00 | | 02/09/2023 | $150.00 | | 02/24/2023 | $150.00 | |
| 03/09/2023 | $150.00 | | 03/23/2023 | $150.00 | | 04/06/2023 | $150.00 | |
| 04/20/2023 | $150.00 | | 05/04/2023 | $150.00 | | 05/18/2023 | $150.00 | |
| 06/02/2023 | $150.00 | | 06/15/2023 | $150.00 | | 06/29/2023 | $150.00 | |
| 07/13/2023 | $150.00 | | 07/27/2023 | $150.00 | | | | |

**Total Receipts for the Period: $3,900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $2,450.00 | $2,450.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $4,203.28 | $1,163.73 | $3,039.55 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $2,091.91 | $579.12 | $1,512.79 |
| 3 | PSECU<br>»» 003 | Unsecured Creditors | $17,992.63 | $4,981.44 | $13,011.19 |
| 4 | PSECU<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PSECU<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | DIAMOND FEDERAL CREDIT UNION<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | SECOND ROUND SUB LLC<br>»» 007 | Unsecured Creditors | $1,400.25 | $375.04 | $1,025.21 |
| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $139.87 | $30.51 | $109.36 |
| 9 | CITIBANK NA<br>»» 009 | Unsecured Creditors | $1,354.67 | $362.83 | $991.84 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 010 | Mortgage Arrears | $2,074.60 | $2,074.60 | $0.00 |
| 11 | WESTLAKE<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

| 12 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $3,076.39 | $851.73 | $2,224.66 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,400.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $12,869.00 | Arrearages: | ($1,200.00) |
| Paid to Trustee: | $1,224.90 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $306.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.