Certificate Number: 13858-PAE-DE-038764883

Bankruptcy Case Number: 19-17522



13858-PAE-DE-038764883

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 13, 2024</u>, at <u>7:29</u> o'clock <u>PM EDT</u>, <u>Daniel L Amy</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 13, 2024</u>          By:     <u>/s/Ariel I Rosario</u>

                                      Name:   <u>Ariel I Rosario</u>

                                      Title:  <u>Counselor</u>