*Form 138OBJ* (6/24)–doc 90 – 82

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Daniel L Amy ) Case No. 19–17522–pmm
 )
 )
   Debtor(s). ) Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

            Eastern District of Pennsylvania
            United States Bankruptcy Court
            Office of the Clerk, Gateway Building
            201 Penn Street, 1st Floor
            Reading, PA 19601

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 14, 2024                                                               For The Court

                                                                                     Timothy B. McGrath
                                                                                     Clerk of Court