United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-17522-pmm
Daniel L Amy Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Aug 14, 2024      Form ID: 138OBJ      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel L Amy, 490 S. Cottonwood Road, Northampton, PA 18067-9624 |
| 14443752 | + | Bayview Loan Servicing, LLC, c/o Andrew M. Lubin, Esq., 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14433567 | | National Penn Bank, Philadephia & Reading, Boyertown, PA 19512 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 14 2024 23:46:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 14 2024 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14433558 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 14 2024 23:53:44 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14433559 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 14 2024 23:46:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14433560 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 14 2024 23:46:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14464905 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 14 2024 23:46:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor, BK Dept., Coral Gables, FL 33146-1837 |
| 14643410 | ^ | MEBN | Aug 14 2024 23:45:22 | CSMC 2021-RPL7 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14645557 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 14 2024 23:47:00 | CSMC 2021-RPL7 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14433561 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2024 23:53:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14447849 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2024 23:53:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14463169 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 23:53:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14433564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 23:53:29 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14552805 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 14 2024 23:46:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14606586 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 14 2024 23:46:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor, BK Dept., Coral Gables, FL 33146-1839 |
| 14433565 | + | Email/Text: bankruptcy@diamondcu.com | Aug 14 2024 23:46:00 | Diamond FCU, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14433566 | + | Email/Text: bankruptcy@huntington.com | Aug 14 2024 23:47:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 14433562 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2024 23:53:28 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14433563 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2024 23:53:18 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 14442471 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 23:53:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14433568 | + | Email/Text: bankruptcynotices@psecu.com | Aug 14 2024 23:47:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14449131 | | Email/Text: bankruptcynotices@psecu.com | Aug 14 2024 23:47:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14457496 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2024 23:46:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14465764 | + | Email/Text: bncmail@w-legal.com | Aug 14 2024 23:47:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14433573 | + | Email/Text: bankruptcy@second-round.com | Aug 14 2024 23:47:00 | Second Round, LP, Attn: Bankruptcy Dept, Po Box 41955, Austin, TX 78704-0033 |
| 14433574 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 23:53:18 | Syncb/Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14461787 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2024 23:53:19 | Synchrony Bank, AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14433575 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 23:53:29 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14433576 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2024 00:03:56 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14433577 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2024 00:03:57 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14433578 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 23:53:28 | Synchrony/CareCredit, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 14465311 | + | Email/Text: peritus@ebn.phinsolutions.com | Aug 14 2024 23:47:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 14433579 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Aug 14 2024 23:47:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14433569 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |

| | | |
|---|---|---|
| 14433570 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14433571 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14433572 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14589598 | ##+ | MCCRYSTAL LAW OFFICES, 151 MAIN ST STE A, Emmaus, Emmaus, PA 18049-4026 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
  on behalf of Creditor CSMC 2021-RPL7 Trust bkgroup@kmllawgroup.com

MARTIN A. MOONEY
  on behalf of Creditor Westlake Financial Services Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com

MICHAEL J. MCCRYSTAL
  on behalf of Debtor Daniel L Amy mccrystallaw@gmail.com
  sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com

MICHELLE L. MCGOWAN
  on behalf of Creditor CSMC 2021-RPL7 Trust mimcgowan@raslg.com

ROGER FAY
  on behalf of Creditor Bayview Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
  on behalf of Creditor Community Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)−doc 90 − 82

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Daniel L Amy )   Case No. 19−17522−pmm
)
)
Debtor(s). )   Chapter: 13
)
)

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 14, 2024

For The Court

Timothy B. McGrath
Clerk of Court