| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-17522-PMM**

| | |
|---|---|
| Daniel L Amy | Petition Filed Date: 12/02/2019 |
| 490 S. Cottonwood Road | 341 Hearing Date: 01/14/2020 |
| Northampton  PA   18067 | Confirmation Date: 01/21/2021 |

Case Status: Completed on 7/12/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $150.00 | | 08/24/2023 | $150.00 | | 09/08/2023 | $150.00 | |
| 09/21/2023 | $150.00 | | 10/05/2023 | $150.00 | | 10/19/2023 | $150.00 | |
| 11/02/2023 | $150.00 | | 11/16/2023 | $150.00 | | 12/01/2023 | $150.00 | |
| 12/14/2023 | $150.00 | | 01/02/2024 | $150.00 | | 01/11/2024 | $150.00 | |
| 01/25/2024 | $150.00 | | 02/08/2024 | $150.00 | | 02/23/2024 | $150.00 | |
| 03/07/2024 | $150.00 | | 03/21/2024 | $150.00 | | 04/04/2024 | $150.00 | |
| 04/18/2024 | $150.00 | | 05/02/2024 | $150.00 | | 05/20/2024 | $150.00 | |
| 05/31/2024 | $150.00 | | 06/13/2024 | $150.00 | | 06/27/2024 | $150.00 | |
| 07/12/2024 | $150.00 | | | | | | | |

**Total Receipts for the Period: $3,750.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL J McCRYSTAL ESQ | Attorney Fees | $2,450.00 | $2,450.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $4,203.28 | $1,652.34 | $2,550.94 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $2,091.91 | $822.33 | $1,269.58 |
| 3 | PSECU<br>»» 003 | Unsecured Creditors | $17,992.63 | $7,073.02 | $10,919.61 |
| 4 | PSECU<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PSECU<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | DIAMOND FEDERAL CREDIT UNION<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | SECOND ROUND SUB LLC<br>»» 007 | Unsecured Creditors | $1,400.25 | $550.41 | $849.84 |
| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $139.87 | $55.02 | $84.85 |
| 9 | CITIBANK NA<br>»» 009 | Unsecured Creditors | $1,354.67 | $532.54 | $822.13 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 010 | Mortgage Arrears | $2,074.60 | $2,074.60 | $0.00 |
| 11 | WESTLAKE<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17522-PMM**

| 12 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $3,076.39 | $1,209.35 | $1,867.04 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,000.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $16,419.61 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,580.39 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.